Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  26−13739−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Catherine A Malaspina
5907 Berry Drive
Mays Landing, NJ 08330

Social Security No.:
    xxx−xx−0745

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 11, 2026.

Dated: June 11, 2026
JAN: har

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Catherine A Malaspina

    Debtor

Case No. 26-13739-ABA

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 11, 2026 | Form ID: plncf13 | Total Noticed: 41 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Catherine A Malaspina, 5907 Berry Drive, Mays Landing, NJ 08330-2318 |
| 521061263 | | Citibank, N.A., Attn: Bankruptcy, PO Box 509, Canton, NY 13617-0509 |
| 521062877 | + | John & Rosemary Malaspina, 5907 Berry Drive, Mays Landing, NJ 08330-2318 |
| 521061278 | + | State of New Jersey Dept of Labor, Fraud Prevention & Risk Management, 1 John Fitch Plaza P.O. Box 948, Trenton, NJ 08625-0948 |
| 521061284 | | TD Bank, N.A./Target Circle Card, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 11 2026 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 11 2026 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521061258 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 11 2026 20:57:00 | American Honda Finance, PO Box 168128, Irving, TX 75016-8128 |
| 521227476 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 11 2026 21:07:33 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521061259 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 11 2026 21:07:30 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 521061260 | | Email/Text: mrdiscen@discover.com | Jun 11 2026 20:55:00 | Capital One N.A./Discover Bank, Attn: Bankruptcy, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 521061261 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 11 2026 21:07:44 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 521061262 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 11 2026 21:07:13 | Chase Mortgage, Attn: Legal Correspondence Center, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 521061264 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2026 21:07:20 | Citibank/the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790046, Saint Louis, MO 63179-0046 |
| 521061265 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 11 2026 20:56:00 | Comenity Bank/Carters, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 521061266 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 11 2026 20:56:00 | Comenity Bank/MPRC, Attn: Bankrutpcy, PO Box 182125, Columbus, OH 43218-2125 |
| 521061267 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 11 2026 20:56:00 | Comenity Bank/Ulta, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 521061268 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 11 2026 20:56:00 | Comenity Bank/Victoria's Secret, Attn: Bankruptcy, PO Box 182273, Columbus, OH |

District/off: 0312-1
User: admin
Page 2 of 3

Date Rcvd: Jun 11, 2026
Form ID: plncf13
Total Noticed: 41

| | | | |
|---|---|---|---|
| | | | 43218-2273 |
| 521061269 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 11 2026 20:56:00 | Comenity Capital Bank/Boscov's, Attn: Bankruptcy Dept, PO Box 183003, Columbus, OH 43218-3003 |
| 521061275 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2026 21:07:48 | Macy's/ DSNB, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 521061270 | Email/Text: mrdiscen@discover.com | Jun 11 2026 20:55:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 521061271 | Email/Text: bankruptcynotices@hycite.com | Jun 11 2026 20:56:00 | Hy Cite Enterprises, LLC./Royal Prestige, Attn: Bankruptcy, 3252 Pleasant View Rd, Middleton, WI 53562-4840 |
| 521061272 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 11 2026 20:56:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521206439 | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 11 2026 20:57:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 521061273 | Email/Text: assetrecovery@jerseyshorefcu.org | Jun 11 2026 20:55:00 | Jersey Shore Federal Credit Union, 1434 New Rd, Northfield, NJ 08225-1104 |
| 521204696 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 11 2026 20:56:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 521079630 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 11 2026 21:07:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521061274 | ^ MEBN | Jun 11 2026 20:54:19 | Lakeview Loan Servicing, LLC, C/O M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 521248571 | Email/Text: camanagement@mtb.com | Jun 11 2026 20:56:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 521218740 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 11 2026 20:57:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 521061276 | Email/Text: nsm_bk_notices@mrcooper.com | Jun 11 2026 20:56:00 | Mr Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 521061277 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 11 2026 20:55:00 | PNC Bank, Attn: Bankruptcy, 300 5th Ave, Pittsburgh, PA 15222-2401 |
| 521236824 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 11 2026 20:55:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 521075727 | + Email/Text: DOLUIBANKRUPTCY@dol.nj.gov | Jun 11 2026 20:56:00 | State of New Jersey Department of Labor, PO Box 951, Trenton, NJ 08625-0951 |
| 521061279 | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 11 2026 21:07:29 | Synchrony Bank, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 521061280 | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 11 2026 21:07:12 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 521061281 | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 11 2026 21:07:41 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 521061282 | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 11 2026 21:07:28 | Synchrony Bank/Jcpenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 521061283 | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 11 2026 21:07:41 | Synchrony Bank/Tjx, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 521061285 | Email/Text: bankruptcy@td.com | Jun 11 2026 20:57:00 | TD Bank/Raymour & Flanigan, Attn: Bankruptcy, 1701 Marlton Pike E, Cherry Hill, NJ 08003-2390 |
| 521061286 | + Email/Text: bkfilings@zwickerpc.com | Jun 11 2026 20:57:00 | ZWICKER & ASSOCIATES, P.C., 1020 Laurel Oak Rd., Ste 303, Voorhees, NJ 08043-3518 |

TOTAL: 36

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2026                              Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Jeanie D. Wiesner | on behalf of Debtor Catherine A Malaspina jeanie@sadeklaw.com brad@sadeklaw.com;service@sadeklaw.com;ginna@sadeklaw.com;Wiesner.JeanieB140679@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4